# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JAMES GAINES, JR., <br><br> Plaintiff, <br><br> v. <br><br> R.M. DIAZ, et al., <br><br> Defendants. | Case No. 1:13-cv-01478-MJS (PC) <br><br> **ORDER DISREGARDING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> **(ECF No. 8)** |

Plaintiff Leslie James Gaines Jr. is a state prisoner proceeding pro se and in forma Pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

Before the Court is Plaintiff's application to proceed in forma pauperis filed December 9, 2013. (ECF No. 8.)

The application shall be disregarded because it is moot. Plaintiff previously applied for and was granted in forma pauperis status. (ECF Nos. 2 & 4.)

Accordingly, it is HEREBY ORDERED THAT Plaintiff's application to proceed in forma pauperis filed December 9, 2013 (ECF No. 8) is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   December 12, 2013         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1