1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JAMES GAINES, JR., | Case No. 1:13-cv-01478-MJS (PC) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED PLEADING** |
| v. | **(ECF No. 10)** |
| R. M. DIAZ, et al., | **THIRTY (30) DAY DEADLINE** |
| Defendants. | |

Plaintiff Leslie James Gaines Jr. is a state prisoner proceeding pro se and in forma Pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. The complaint has not been screened.

Before the Court is Plaintiff's motion to file an amended complaint.

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff's motion to file an amended complaint (ECF No. 10) is GRANTED such that Plaintiff shall file a first amended complaint within not more than 30 days of service of this order.

/////
/////

1

1        If Plaintiff fails to an amended pleading within this time the action will be dismissed.

IT IS SO ORDERED.

Dated:    December 20, 2013          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE