# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JAMES GAINES, JR., <br><br> Plaintiff, <br><br> v. <br><br> R. M. DIAZ, et al., <br><br> Defendants. | Case No. 1:13-cv-01478-MJS (PC) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT** <br> **(ECF No. 15)** <br><br> **THIRTY (30) DAY DEADLINE** |

Plaintiff Leslie James Gaines Jr. is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. His First Amended Complaint (ECF No. 12) has not been screened.

Before the Court is Plaintiff's August 25, 2014 motion for leave to file a second amended complaint.

Plaintiff's motion is granted. He may file a second amended complaint with all allegations within thirty days of service of this Order. Otherwise the matter will proceed on the First Amended Complaint.

Plaintiff is reminded that all pleadings must contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . . ." Fed. R. Civ. P. 8(a)(2). **If Plaintiff files a second amended complaint it should not exceed twenty-five pages.** Detailed factual allegations are not required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Ashcroft v.*

1

*Iqbal*, 556 U.S. 662 (2009), citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). A plaintiff must set forth "sufficient factual matter, accepted as true, to 'state a claim that is plausible on its face.' " *Id.* Facial plausibility demands more than the mere possibility that a defendant committed misconduct and, while factual allegations are accepted as true, legal conclusions are not. *Id.* at 1949–50.

Any amended complaint will supersede the prior complaint. *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967). Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. The amended complaint should be clearly and boldly titled "Second Amended Complaint", refer to the appropriate case number, and be an original signed under penalty of perjury.

Accordingly, for the reasons stated, it is HEREBY ORDERED that:

1. Plaintiff may file a second amended complaint as provided herein by not later than thirty days following service of this Order, and
2. If Plaintiff fails to file a second amended complaint with the time allowed, this matter shall proceed on the First Amended Complaint.

IT IS SO ORDERED.

Dated:   August 29, 2014          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE