# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JAMES GAINES, JR., | Case No. 1:13-cv-01478-MJS (PC) |
| Plaintiff, | **VOLUNTARY DISMISSAL OF ACTION** |
| v. | **(ECF No. 20)** |
| R. M. DIAZ, et al., | **CLERK SHALL CLOSE CASE** |
| Defendants. | |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a request to withdraw his § 1938 claim for relief on October 14, 2014. (ECF No. 20.) Defendants have yet to appear in the action.

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Plaintiff's October 14, 2014 request is sufficient as a notice of dismissal under Rule 41.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

1

without prejudice. Furthermore, any and all pending motions are DENIED as MOOT. The Clerk shall CLOSE the case.

IT IS SO ORDERED.

Dated: October 27, 2014         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE